# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW KESSMAN, Individually and on Behalf of All Others Similarly Situated,**<br><br>  Plaintiff,<br><br>vs.<br><br>**MYRIAD GENETICS, INC., MARK CHRISTOPHER CAPONE, PETER D. MELDRUM, R. BRYAN RIGGSBEE, and JAMES S. EVANS,**<br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:18-CV-00336-DAK<br><br>Judge Dale A. Kimball |

Based on this court's March 25, 2019 Memorandum Decision and Order granting Myriad Genetics, Inc., Mark Christopher Capone, Peter D. Meldrum, R. Bryan Riggsbee, and James S. Evans' Motion to Dismiss with prejudice, this action is dismissed.

DATED this 25th day of March, 2019.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

1